# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| BEVERLY BABBITT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:22-cv-89 |
| GEMINI TRANSPORT, LLC. and LJUBISA JAKOVLJEVIC, | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendants, Gemini Transport, LLC and Ljubisa Jakovljevic, by counsel, pursuant to the provisions of 28 U.S.C. §§1441(a) and 1446, hereby give notice of the removal of this cause of action from Dekalb Superior Court to the United States District Court for the Northern District of Indiana, Fort Wayne Division, Indiana, and in support thereof, state:

1.  On July 27, 2021, Plaintiff filed her Complaint for Damages and Request for Jury Trial, under Cause No. 17D01-2107-CT-000034 and styled *Beverly Babbitt v. Gemini Transport, LLC and Ljubisa Jakovljevic.* A true and accurate copy of the State Court Record is attached hereto as Exhibit "A".

2.  This litigation involves a motor vehicle accident which occurred on or about October 1, 2020. A true and accurate copy of Plaintiff's Complaint is attached hereto as Exhibit "B".

3.  Defendants Gemini Transport, LLC and Ljubisa Jakovljevic have received service of process with regard to this litigation.

4.  Plaintiff Beverly Babbitt is a resident and citizen of the State of Indiana.

5. Defendant Ljubisa Jakovljevic is a resident and citizen of the State of Michigan.

6. Defendant Gemini Transport, LLC is a limited liability company and organized under the laws of the State of Michigan with its principal place of business in Dearborn, Wayne County, Michigan. Gemini Transport, LLC has two (2) members, Goran Petkovich and Danijela Petkovich.

7. Goran Petkovich and Danijela Petkovich are residents and citizens of the State of Michigan.

8. Based on the respective citizenship of the parties in this matter, complete diversity exists in this case.

9. On March 15, 2022, counsel for Plaintiff advised that Plaintiff's claimed damages are well in excess of the Court's diversity jurisdictional limits. A true and accurate copy of Plaintiff counsel's email is attached hereto as Exhibit "C".

10. Therefore, based on all of the foregoing, this action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332(a) and which is removable pursuant to the provisions of 28 U.S.C. §1441(a) and 28 U.S.C. §1446.

WHEREFORE, for the foregoing reasons, Defendants, Gemini Transport, LLC and Ljubisa Jakovljevic, by counsel, respectfully request that the above-enumerated action, now pending against Defendants in the Dekalb Superior Court, DeKalb County, State of Indiana, be removed to the United States District Court for the Northern District of Indiana, Fort Wayne Division and for all other just and proper relief in the premises.

        Respectfully submitted,

        CRUSER, MITCHELL, NOVITZ, SANCHEZ,
        GASTON & ZIMET, LLP


        /s/ Keith A. Gaston, Esq.
        Keith A. Gaston, Esq., #7069-49
        Bradley M. Owen, Esq., #32711-32

        *Counsel for Defendants,*
        *Gemini Transport, LLC*
        *and Ljubisa Jakovljevic*

3077 E. 98th Street, Suite 280
Indianapolis, IN  46280
Ph:    (317) 816-0300
Fax:   (317) 816-1604
E-Mail: kgaston@cmlawfirm.com
        bowen@cmlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of March 2022, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties via electronic mail:

Albert J. Dahm, Esq.
GLASER & EBBS, LLC
132 E. Berry Street
Fort Wayne, IN 46802


        /s/ Keith A. Gaston, Esq.